# Supreme Court of Texas

No. 21-0509

Finley Resources, Inc., Finley Production Co., L.P. and Petro Canyon Energy, LLC,

*Petitioners,*

v.

Headington Royalty, Inc. and Headington Energy Partners, LLC,

*Respondents*

On Petition for Review from the
Court of Appeals for the Fifth District of Texas

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and counsel's arguments, concludes that the court of appeals' judgment should be affirmed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is affirmed;

2) The case is remanded to the trial court; and

3)  Petitioners shall pay Respondents' costs incurred in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and to the 366th Judicial District Court of Collin County, Texas, for observance.

Opinion of the Court delivered by Justice Devine, joined by
Chief Justice Hecht, Justice Lehrmann, Justice Blacklock,
Justice Busby, Justice Bland, Justice Huddle, and Justice Young

Concurring opinion filed by Justice Boyd

March 12, 2023

**********